1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ANTHONY PABLO,

11              Petitioner,              No. CIV S-07-2186 FCD EFB P

12       vs.

13  SACRAMENTO COUNTY DISTRICT
    ATTORNEY'S OFFICE, et al.,

14

15              Respondents.              ORDER
    _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17  habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19              On October 28, 2008, the magistrate judge filed findings and recommendations

20  herein which were served on petitioner and which contained notice to petitioner that any

21  objections to the findings and recommendations were to be filed within fifteen days.  Petitioner

22  has not filed objections to the findings and recommendations.[1]

23  _____

24       [1]   Although it appears from the file that petitioner's copy of the findings and
    recommendations was returned, petitioner was properly served.  It is the petitioner's responsibility
25  to keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f),
    service of documents at the record address of the party is fully effective.

26

1

1    The court has reviewed the file and finds the findings and recommendations to be

2    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3    ORDERED that:

4         1.  The findings and recommendations filed October 28, 2008, are adopted in full;

5    and

6         2.  The complaint is construed as a petition for writ of habeas corpus; and,

7         3.  This action is dismissed pursuant to Younger.

8    DATED: January 21, 2009.

9

10   _____

11   FRANK C. DAMRELL, JR.
     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26